No. 538, Misc. NUNLEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg and Julia P. Cooper for the United States.

No. 541, Misc. BAERCHUS v. MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 542, Misc. CURRY v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Marshall and Harold H. Greene for the United States.

No. 545, Misc. HECTOR v. DICKSON, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 546, Misc. SCHAMING v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 547, Misc. HAZEL v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 548, Misc. TORZILLO v. GOLDMANN, JUDGE, ET AL. C. A. 3d Cir. Certiorari denied. Petitioner pro se. David D. Furman, Attorney General of New Jersey, and Theodore I. Botter, Assistant Attorney General, for respondents.

No. 615, Misc. BROOKS v. ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner pro se. MacDonald Gallion, Attorney General of Alabama, and Jerry L. Coe, Assistant Attorney General, for respondent.